IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALLSTATE INDEMNITY COMPANY                                    PLAINTIFF

v.                              Case No. 1:18-cv-1002

RANDALL SIMS, MELISSA BAAL, and
BETTY GAMBLE                                                  DEFENDANTS

## <u>JUDGMENT</u>

Plaintiff Allstate Indemnity Company commenced the instant interpleader action on January 3, 2018. Plaintiff seeks the assistance of the Court in determining the individual or individuals entitled to the proceeds of a renter's insurance policy made available as the result of an August 13, 2016 fire loss. Separate Defendant Betty Gamble failed to file a responsive pleading within the twenty-one days allowed by Federal Rule of Civil Procedure 12. Thus, on February 12, 2018, the Clerk of Court entered a default against Separate Defendant Betty Gamble pursuant to Fed. R. Civ P. 55(a). ECF No. 13.

Presently before the Court is Plaintiff's Motion for Default Judgment against Betty Gamble pursuant to Fed. R. Civ. P. 55(b). ECF No. 14. No Defendant has responded to the present motion, and the time for doing so has passed. Upon consideration of Plaintiff's Motion for Default Judgment, the Court finds that the motion (ECF No. 14) should be and hereby is **GRANTED**. Accordingly, Betty Gamble has forfeited any claim to the proceeds of the Allstate renter's policy made available as a result of the August 13, 2016 fire loss at issue in this case. *See Prudential Ins. Co. of Am. v. Young*, No. 4:11CV01006, 2011 WL 6099540, at * 1 (E.D. Mo. Dec. 7, 2011) ("Because [the defendant] has failed to answer or otherwise respond to the complaint, she cannot contend that the interpleader was improper or that [the insurance company] has any liability to her.").

**IT IS SO ORDERED**, this 12th day of April, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge